UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
: 
**RARAKH VAYNBERG,**              :
:
        Plaintiff   :   Civil Action No. 09-4999 (FSH)
:
  v.                             :
:
:   ORDER ON INFORMAL
**SETON HALL UNIVERSITY,**       :   APPLICATION
        **Defendant**   :
_____:

    This matter having come before the Court by way of letter dated June 17, 2010, regarding the defendant's request to adjourn the deadline to submit the final pretrial submissions;

    and the Court determining that having the final pretrial submissions may aid the Court in addressing motions for summary judgment (if the case is not resolved based upon the motions to dismiss) as it will identify the facts that the parties intend to prove at trial and set forth the expected testimony and exhibits that will be presented;

    and this being particularly helpful where one party is proceeding without counsel as results in a succinct presentation of the facts and evidence;

    IT IS THEREFORE ON THIS 17th day of June, 2010

    ORDERED that the request to adjourn the deadlines to submit the written narrative statement of facts, the witness list and summary of the witnesses' expected testimony, and exhibit list is denied.

                                            s/Patty Shwartz
                                            **United States Magistrate Judge**